# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Kristi L. Wells, f/k/a Kristi L. Stimpfl,                    Civil No. 08-144 (RHK/RLE)

               Plaintiff,                              **ORDER**

vs.

Susan Schnick, individually and as Guardian ad Litem
of minor children H.G.S., E.V.S., and S.M.S.; Traci Seelye,
Guardian ad Litem Program Manager for the Ninth District;
Mark Toogood, Guardian ad Litem Program Manager for
the State of Minnesota; Carol J. Shegrud, individually and
as Custody Evaluator; Nan Matthews, Ph.D., L.P.;
Allison Meisner, M.D.; City of Baudette; Robert Utech,
City of Baudette Police Chief; County of Lake of the Woods;
Dallas D. Block, Sheriff of Lake of the Woods County; Daryl
Fish, Lake of the Woods Sheriff's Department; John
Does 1-10; and XYZ Corporations 1-10,

               Defendants.

---

       Based upon the Report and Recommendation of Chief United States Magistrate Judge

Raymond L. Erickson, and after an independent review of the files, records and proceedings in the

above-entitled matter, **IT IS ORDERED**:

     1.  The Report and Recommendation (Doc. No. 46) is **ADOPTED**;

     2.  The Motion of the City Defendants to Dismiss (Doc. No. 5) is **GRANTED;**

     3.  The Motion of the State Defendants to Dismiss (Doc. No. 10) is **GRANTED**; and

4.  The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 27, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
